## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Tom D Nassis

                          Plaintiff,

v.                                                           Case No.: 1:16–cv–09445
                                                                     Honorable John Robert Blakey

LaSalle Executive Search Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 4, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Settlement conference held on 5/4/2018. The parties have reached a binding settlement agreement on the record and this case is hereby dismissed without prejudice. Absent reinstatement on or before 7/5/2018, the dismissal will become one with prejudice without further order of the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.